Priority
Send
Enter
Closed
~~JS-5/~~JS-6 ✓
JS-2/JS-3
~~Scan~~ Only ✓

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL CLAUDE BROOKS,<br><br>Petitioner,<br><br>vs.<br><br>DEBRA DEXTER, Warden,<br><br>Respondent. | Case No. EDCV 08-483-GW (OP)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: December 6, 2010

HONORABLE GEORGE H. WU
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge